CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6621
Fax: (702) 388-6418
Email: ronald.cheng@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUO JUN XU,<br><br>Defendant. | Case No. 2:02-cr-00672-GMN-BNW<br><br>**GOVERNMENT'S MOTION FOR LEAVE TO DISMISS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

Plaintiff United States of America, by and through its counsel of record, Christopher Chiou, Acting United States Attorney, and Ronald L. Cheng, Assistant United States Attorney, counsel for plaintiff United States of America, respectfully moves for leave of Court to dismiss the indictment and any outstanding warrants (if any) against defendant Guo Jun Xu, pursuant to Rule 48(a), Federal Rules of Criminal Procedure. Defendant Xu was charged in both this case and *United States v. Chao Fan Xu, et al.,* No. 2:02-cr-00674-GMN-BNW (the "02-cr-674 Case"). The 02-cr-674 Case incorporated the charges in this

case, along with others, and defendant Guo Jun Xu was convicted and sentenced on the charges of conviction against him in the 02-cr-674 Case.  Accordingly, the United States has determined that dismissing this case (no. 02-cr-00672-GMN-BNW), and any outstanding warrant, is in the best interests of justice.

Accordingly, the United States respectfully requests that the Court dismiss the indictment and any outstanding warrant against the above-captioned defendant.

Dated:  July 7, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney


By */s/ Ronald L. Cheng*
RONALD L. CHENG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:02-cr-00672-GMN-BNW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| GUO JUN XU, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment and quashes the arrest warrant in only this case against defendant Guo Jun Xu.

    CHRISTOPHER CHIOU
    Acting United States Attorney


    By /s/ Ronald L. Cheng
    RONALD L. CHENG
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal.

Dated: July 9th, 2021.

    Brenda Weksler
    United States Magistrate Judge